# Folsom v. May.

APPEAL from Dale Chancery Court.
Heard before the Hon. W. L. PARKS.

SOLLIE & KIRKLAND, for appellants.

A. T. BORDERS, for appellee.

The bill in this case was filed by the appellee, Kate F. May, against the appellant, and sought to divest the legal title to certain specifically described lands out of the defendant and invest it in the complainant.

There was a decree rendered in the case on November 1, 1895. This decree was, at a former term of this court, reversed and annulled.—*May v. Folsom*, 113 Ala. 198. The transcript on the present appeal says that a subsequent decree was rendered on May 5, 1900, granting the complainant the relief prayed for. The appeal in the present case was taken on April 16, 1900.

On the present appeal, the assignments of error are predicated upon the decree rendered on November 1, 1895. The court holds that under these circumstances there is nothing to support the assignments of error, and that the case, therefore, stands as though no errors had been assigned, and the decree of April 5, 1900, must be affirmed.

Opinion by TYSON, J.